FILED
2014 FEB 7 A 7:26
CLERK
U.S. BANKRUPTCY
COURT - PGH

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>HARRY L. & OLGA M. PHILLIPS<br><br>Debtor,<br><br>RESURGENT CAPITAL SERVICES LP,<br><br>Movant/Claimant,<br><br>v.<br><br>HARRY L. & OLGA M. PHILLIPS,<br>and<br>RONDA J. WINNECOUR, Ch. 13 Trustee<br><br>Respondents | Bankruptcy No. 04-31517-TPA<br><br>Chapter 13<br><br>Related to Doc. No. 52 and 56 |

ORDER OF COURT

AND NOW, this  7th  day of  February , 2014, upon consideration of the foregoing Motion to Reopen Bankruptcy Pursuant to 11 U.S.C. § 350(b) it is hereby ORDERED that the Harry L. & Olga M. Phillips bankruptcy is reopened.

BY THE COURT:

_____
Thomas P. Agresti          ljm
United States Bankruptcy Court Judge