FILED
2014 FEB 7 A 7:28
CLERK
U.S. BANKRUPTCY
COURT - PGH

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Bankruptcy No. 04-31517-TPA |
| HARRY L. & OLGA M. PHILLIPS | Chapter 13 |
| Debtor, | Related to Doc. No. 52 and 58 |
| RESURGENT CAPITAL SERVICES LP, | |
| Movant/Claimant, | |
| v. | |
| HARRY L. & OLGA M. PHILLIPS, and RONDA J. WINNECOUR, Ch. 13 Trustee | |
| Respondents | |

ORDER OF COURT

AND NOW, this __7th__ day of __February__, 2014, upon consideration of the foregoing Motion for Order Directing Payment of Funds to Claimant Pursuant to 11 U.S.C. § 347 and 28 U.S.C. § 2041, et seq. (the "Motion"),

it is hereby DETERMINED that the Court finds the Claimant, Resurgent Capital Services LP, has noticed the United States Attorney as required by 28 U.S.C. § 2041, et seq.; and,

it is hereby ORDERED that Claimant's Motion is granted.

The Clerk of Court shall tender the unclaimed funds in the amount of $3,927.06 to Claimant. The Clerk of Court shall make the payment in care of Dilks & Knopik, LLC and shall mail the payment to Dilks & Knopik, LLC, 35308 SE Center Street, Snoqualmie, WA 98065.

Upon payment of the funds specified herein, the Clerk may close the case

BY THE COURT:

_____
Thomas P. Agresti    ljm
United States Bankruptcy Court Judge